3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Maria Elena Hernandez,<br>Miguel Angel Hernandez,<br>Heather Butler, individually and<br>on behalf of all others similarly<br>situated, | No. B-00-082 | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 13 2000<br>Michael N. Milby<br>Clerk of Court |
| Plaintiffs, | | |
| v. | PLAINTIFFS' FINANCIAL<br>DISCLOSURE | |
| 1. CIBA-GEIGY Corp. USA,<br>2. Novartis Pharmaceuticals Corp.<br>3. Children and Adults with<br>Attention-Deficit/Hyperactivity<br>Disorder (CHADD)<br>4. American Psychiatric Association, | | |
| Defendants. | | |

## PLAINTIFFS' FINANCIAL DISCLOSURE

TO THE HONORABLE COURT:

COME NOW Plaintiffs and make this their Financial Disclosure as ordered by the Court in the Order Setting Conference in the above-numbered and styled cause.

I.

The parties with financial interest in the instant case include:

A. Maria Elena Hernandez
B. Heather Butler
C. All other potential plaintiffs, who are as of yet unidentified
D. Waters & Kraus
E. Law Offices of Charles S. Siegel
F. Law Offices of Frank Costilla

PLAINTIFFS' FINANCIAL DISCLOSURE                                               Page 1

Respectfully submitted,

*[signature]*

C. Andrew Waters
State Bar No. 20911450
Peter A. Kraus
State Bar No.11712980
R. Scott Magee
State Bar No.24010204

WATERS & KRAUS
4807 West Lovers Lane
Dallas, Texas 75209
(214) 357-6244
(214) 357-7252 telecopier

Charles S. Siegel
State Bar No. 18341875
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
(214) 522-9111
(214) 522-9286 telecopier

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas  78520
(956) 541-4982
(956) 544-3152 telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Financial Disclosure was filed with the Court and sent via facsimile to all counsel of record on the ___7th___ day of June, 2000.

*[signature]*

R. SCOTT MAGEE