


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez,<br>Miguel Angel Hernandez,<br>Heather Butler, individually and<br>on behalf of all others similarly<br>situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CIBA-GEIGY Corp. USA,<br>Novartis Pharmaceuticals Corp.,<br>Children and Adults with Attention-<br>Deficit/Hyperactivity Disorder (CHADD),<br>and American Psychiatric Association,<br><br>      Defendants. | §§§§§§§§§§§§§§§§§ | Civil Action B-00-082 |

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S**
**STATEMENT OF FINANCIALLY INTERESTED ENTITIES**

In accordance with this Court's May 30, 2000 Order Setting Conference, defendant American Psychiatric Association files its statement of entities that are financially interested in this litigation. The following entities have a financial interest in this litigation:

    American Psychiatric Association
    American Psychiatric Foundation
    American Psychiatric Press
    American Psychiatric Institute for Research and Education

Respectfully submitted,

SCHIRRMEISTER AJAMIE, L.L.P.

By: _____
Andrew C. Schirrmeister III
State Bar No. 17750650   F.I.D. #5546
George R. Diaz-Arrastia   F.I.D. #12
State Bar No. 05805600
Southern District Bar No. 12
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699


CROWELL & MORING, L.L.P.

JoAnn E. Macbeth
Laurel Pyke Malson
Robert P. Charrow
1001 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
American Psychiatric Counsel

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 13th day of June, 2000.

_____
George R. Diaz-Arrastia

2

ClibPDF - www.fastio.com