UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Cou
Southern D...ct of Texas
FILED

JUN 14 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | Civil Action No. B-00-082 |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| 1. CIBA-GEIGY Corp. USA, | § | |
| 2. Novartis Pharmaceuticals Corp. | § | |
| 3. Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| 4. American Psychiatric Association, | § | |
| | § | |
| Defendants. | § | |

**FINANCIAL DISCLOSURE OF DEFENDANT,
CHADD, INC. (Children and Adults with Attention-Deficit/
Hyperactivity Disorder)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant CHADD, INC. (Children and Adults with Attention Deficit/Hyperactivity Disorder) and makes its financial disclosure as ordered by the Court.

I.

CHADD, Inc. (Children and Adults with Attention Deficit/Hyperactivity Disorder) is a non profit corporation organized and existing under the laws of the State of Florida with its principal place of business in Maryland.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.

_____
Tom A. Lockhart
State Bar No. 12473500  Fed. I.O. 2257
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

and

ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC

Gerald Zingone
Washington, D.C. SB# 396604
Elliott O. Portnoy
Washington, D.C. SB# 437696
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile:   (202) 857-6395

Attorneys for Defendant CHADD, Inc. (Children
& Adults with Attention Deficit/Hyperactivity
Disorder).

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the 14th day of June, 2000.

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3402 McFarlin, Suite 200
Dallas, Texas  75205

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002

_____
TOM LOCKHART