6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez,<br>Miguel Angel Hernandez,<br>Heather Butler, individually and<br>on behalf of all others similarly<br>situated,<br>    Plaintiffs,<br>v.<br><br>CIBA-GEIGY Corp. USA,<br>Novartis Pharmaceuticals Corp.<br>Children and Adults with<br>Attention-Deficit/Hyperactivity<br>Disorder (CHADD),<br>American Psychiatric Association,<br>    Defendants. | §§§§§§§§§§§§§§§§ |

Civil No. B-00-082

## NOVARTIS PHARMACEUTICALS CORP.'S
## DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

  Pursuant to Paragraph 2 of the Order of Conference, Defendant Novartis Pharmaceuticals Corp. states that to its knowledge, the following persons and entities are financially interested in this litigation:

1. Novartis Pharmaceuticals Corp.;
 (For the purposes of the claims asserted in this lawsuit, Novartis Pharmaceuticals Corp. is the successor in interest to Ciba-Geigy Corp. USA, which no longer exists.)

2. <u>Novartis AG</u>;
 (Novartis AG is the ultimate parent corporation of Novartis Pharmaceuticals Corp.)

3. CHADD, INC.;

4. American Psychiatric Association;

5. Maria Elena Hernandez;

6. Miguel Angel Hernandez;

7. Heather Butler;

8. Waters & Krauss;

9. Law Offices of Charles S. Siegel; and

10. Law Offices of Frank Costilla.

1

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.


_Eduardo Roberto Rodriguez -/per RRftR_
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
attorney-in-charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170


James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota  55402-3901


Earl B. Austin
State Bar No.  1437300
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, Texas  75201-2980
(214) 953-6542
Fax (214) 953-6503

**Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.**

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

C. Andrew Waters
Peter Kraus
Waters & Kraus
4807 West Lovers Lane
Dallas, Texas 75209
Attorneys for Plaintiffs

Charles S. Siegel
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
Attorneys for Plaintiffs

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. NW
Washington, DC 20036
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

3

Tom A. Lockhart  
Adams & Graham, L.L.P.  
222 East Van Buren, West Tower  
Harlingen, Texas 78550  
Attorneys for Children and Adults with Attention  
Deficit/Hyperactivity Disorder (CHADD)

On this <u>14th</u> day of <u>June,</u> 2000

                                                         Eduardo Roberto Rodriguez