*8*

United States District Court
Southern District of Texas
FILED

JUL 0 3 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez, | § | |
| Miguel Angel Hernandez, | § | |
| Heather Butler, individually and | § | |
| on behalf of all others similarly | § | |
| situated, | § | |
| Plaintiffs, | § | |
| v. | § | Civil No. B-00-082 |
| | § | |
| CIBA-GEIGY Corp. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| Defendants. | § | |

## UNOPPOSED MOTION OF JOSEPH M. PRICE
## FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Local Rules of the United States District Court for the Southern District of Texas, Joseph M. Price, co-counsel for Novartis Pharmaceuticals Corp., and the now-defunct Ciba-Geigy Corp. USA, to which Novartis Pharmaceuticals Corp. is successor for purposes of the claims made in this action (hereafter collectively "Novartis") respectfully moves the Court for leave to appear *pro hac vice* on behalf of Novartis in this action, and in support thereof would respectfully show the Court the following:

1.  Mr. Price is a partner in the law firm of Faegre & Benson, L.L.P. with his address at 2200 Norwest Center, 90 South Seventh Street Minneapolis, Minnesota 55402-3901.

*1*

2.  Mr. Price holds a law degree from University of Minnesota Law School and is a member in good standing of the Bar of the State of Minnesota. He is admitted to practice in the United States District Court, District of Minnesota, and in the United State Court of Appeals for the 8th Judicial Circuit, and is a member in good standing in those courts.

3.  Mr. Price has read and is familiar with the local rules for the Southern District of Texas and agrees to act in conformity with such rules in all appearances before this Honorable Court.

4.  Mr. Price is sponsored in this *pro hac vice* motion by Eduardo R. Rodriguez who is admitted to practice in the Southern District of Texas. Mr. Rodriguez's federal ID number in the Southern District is 1944. He is also counsel of record for Novartis in the above-styled and numbered cause.

WHEREFORE, Mr. Joseph M. Price respectfully moves for leave to appear before the Court in the above-styled and numbered action for the purpose of representing the interests of Novartis.

Respectfully submitted,

*/s/ James A. O'Neal*

James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
Fax (612) 336-3026

*[signature]*

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
attorney-in-charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170


Earl B. Austin
State Bar No. 1437300
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6542
Fax (214) 953-6503

**Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.**

3

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Mr. Frank Costilla
Law Offices of Frank Costilla
Attorneys at Law
5 East Elizabeth
Brownsville, Texas 78520

Mr. C. Andrew Waters
Mr. Peter Kraus
Waters & Kraus
Attorneys at Law
4807 West Lovers Lane
Dallas, Texas 75209

Mr. Charles S. Siegel
Law Office of Charles S. Siegel
Attorneys at Law
3402 McFarlin, Suite 200
Dallas, Texas 75205

Mr. Earl B. Austin
Baker Botts LLP
Attorneys at Law
2001 Ross Avenue
Dallas, Texas 75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
Mr. Bruce Jones
Faegre & Benson LLP
Attorneys at Law
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Mr. Robert P. Charrow
Crowell & Moring
Attorneys at Law
1001 Pennsylvania Ave., NW
Washington, DC 20004

Mr. Andrew C. Schirrmeister III
Mr. George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Attorneys at Law
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002

Mr. Gerald Zingone
Arent & Fox
Attorneys at Law
1050 Connecticut Ave. NW
Washington, DC 20036

Mr. Tom A. Lockhart
Adams & Graham, L.L.P.
Attorneys at Law
222 East Van Buren, West Tower
Harlingen, Texas 78550

On this 3rd day of ~~June~~ July, 2000

Eduardo Roberto Rodriguez

4