UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 07 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, § <br> Miguel Angel Hernandez, § <br> Heather Butler, individually and § <br> on behalf of all others similarly § <br> situated, § <br>             Plaintiffs, § <br> v. § <br> § <br> CIBA-GEIGY Corp. USA, § <br> Novartis Pharmaceuticals Corp. § <br> Children and Adults with § <br> Attention-Deficit/Hyperactivity § <br> Disorder (CHADD), § <br> American Psychiatric Association, § <br>             Defendants. § | Civil No. B-00-082 |

## DEFENDANT NOVARTIS PHARMACEUTICALS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Novartis Pharmaceuticals Corp., and on behalf of the now-defunct Ciba-Geigy Corp. USA, to which Novartis Pharmaceuticals Corp. is successor for purposes of the claims made in this action (hereafter collectively "Novartis"), and pursuant Federal Rule of Civil Procedure 9(b), respectfully moves the Court to dismiss plaintiffs' complaint, and in support of this motion would show the Court the following:

I.

The plaintiffs named above have commenced this action against Novartis and two non-profit corporations, alleging fraud, civil conspiracy, and violation of the New Jersey Consumer Fraud Act. Plaintiffs base their claims on the defendants' alleged conduct

concerning the drug Ritalin® and its use in treating the medical conditions Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity Disorder (ADHD). Plaintiffs purport to be acting on behalf of a class of all persons who purchased Ritalin® during the four years preceding the filing of the complaint. Complaint ¶ 44.[1]

At their core, all of plaintiffs' claims rest on allegations of fraud. For the reasons set forth fully in Defendant Novartis Pharmaceuticals' Memorandum of Law in Support of Motion to Dismiss, however, plaintiffs' allegations of fraud plainly lack the particularity required by Fed. R. Civ. P. 9(b). See <u>Novartis Pharmaceuticals' Memorandum of Law in Support of Motion to Dismiss</u>, attached. Given that plaintiffs have not pled their fraud claims with the required particularity, Novartis now respectfully moves this Court to dismiss plaintiffs' complaint.

WHEREFORE, Defendant Novartis respectfully requests that this Court grant its motion and dismiss plaintiffs' complaint for failure to comply with the requirements of Rule 9(b). In the alternative, Novartis urges the Court to require plaintiffs to remedy the deficiencies in their complaint noted in Novartis Pharmaceuticals' Memorandum of Law in Support of Motion to Dismiss and to serve on the defendants and file with the Court an amended complaint setting forth plaintiffs' fraud claims and fraud-based conspiracy and New Jersey Consumer Fraud Act claims with the particularity required by the rule.

---

[1] Plaintiffs' initial pleading was captioned as "Petition" in state court before removal to this Court. For convenience of reference, this motion and the attached memorandum will refer to that pleading as "complaint," consistent with the federal rules.

2

Respectfully submitted,

*(signature)*
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
attorney-in-charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170


James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
Fax (612) 336-3026


Earl B. Austin
State Bar No. 1437300
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6542
Fax (214) 953-6503

**Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

C. Andrew Waters
Peter Kraus
Waters & Kraus
4807 West Lovers Lane
Dallas, Texas 75209
Attorneys for Plaintiffs

Charles S. Siegel
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
Attorneys for Plaintiffs

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. NW
Washington, DC 20036
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

On this 7th day of July, 2000

*Eduardo Roberto Rodriguez*
Eduardo Roberto Rodriguez

5

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4. the movant has conferred with respondent and counsel cannot agree about the disposition of this motion.

_____
Eduardo Roberto Rodriguez