IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Maria Elena Hernandez, et al, § <br> § <br> Plaintiffs, § <br> § CIVIL ACTION NO. B-00-82 <br> v. § <br> § <br> CIBA-GEIGY Corp. USA, et al, § <br> § <br> Defendants. § | |

**ORDER**

BE IT REMEMBERED, that on July 13, 2000, the Court **GRANTED** the Defendant Novartis Pharmaceuticals Corporation's Unopposed Motion of Joseph M. Price for Leave to Appear Pro Hac Vice [Dkt. No. 8] and Defendant Novartis Pharmaceuticals Corporation's Unopposed Motion of James A. O'Neal for Leave to Appear Pro Hac Vice [Dkt. No. 9].

The Court has granted the Defendant's motions although they do not comply with the certificate of conference requirements of the Local Rules. However, the Defendant is forewarned that the Court strictly enforces its procedural rules, and will strike any future motions that are not in compliance.

DONE at Brownsville, Texas, this 13th day of July 2000.

Hilda G. Tagle
United States District Judge