

United States District Court
Southern District of Texas
FILED

JUL 21 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez, <br> Miguel Angel Hernandez, <br> Heather Butler, individually and <br> on behalf of all others similarly <br> situated, <br><br> Plaintiffs, <br><br> v. <br><br> CIBA-GEIGY Corp. USA, <br> Novartis Pharmaceuticals Corp. <br> Children and Adults with <br> Attention-Deficit/Hyperactivity <br> Disorder (CHADD) <br> American Psychiatric Association <br> Defendant. | § § § § § § § § § § § § § § § § | No. B-00-082 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTIONS TO DISMISS**

Come now plaintiffs in this matter and file this their Unopposed Motion for Extension of Time to Respond to Motions to Dismiss and would respectfully show as follows:

Defendants Novartis and American Psychiatric Association (APA) have each filed motions to dismiss this case under Fed.R.Civ.Proc. 9(b). Under Fed.R.Civ. Proc. 6, and Southern District Local Rule 6, plaintiffs' response to Novartis' motion is due July 31, and the response to APA's motion is due August 4. Plaintiffs respectfully request an extension of 14 days in which to respond to both motions.

Plaintiffs' lead counsel, Mr. Waters, is on vacation currently and is not returning to the office until July 28. Plaintiffs' co-counsel Mr. Siegel is scheduled to leave on

1

vacation on July 21 and will not return to the office until August 1. Plaintiffs' co-counsel Mr. Costilla is traveling from July 27 through August 3. Accordingly, it is impossible for plaintiffs to respond adequately to these dispositive motions in the limited time available.

As reflected in the certificate of conference included with this motion, both Novartis and APA do not oppose the requested extensions.

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that their motion for extension of time to respond to motions to dismiss be granted, and that they have to and until August 14 and 18, 2000 to respond to the motions and dismissal of defendants Novartis and APA, respectively.

Respectfully submitted,

_____
Charles S. Siegel
State Bar No. 18341875   Fed. I.D 15936
Law Office of Charles S. Siegel
3219 McKinney Avenue, Suite 2000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 telecopier

C. Andrew Waters
State Bar No. 20911450
Peter A. Kraus
State Bar No.11712980
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
(214) 357-6244
(214) 357-7252 telecopier

2

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas  78520
(956) 541-4982
(956) 544-3152 telecopier

## CERTIFICATE OF CONFERENCE

On July 17, 2000 I spoke to James O'Neal, counsel for Novartis Pharmaceuticals Corp., who stated that he did not oppose this motion for extension.  On July 19, 2000, I spoke to Andrew Schirrmeister, counsel for defendant APA, who also stated that he did not oppose this motion.

Charles S. Siegel

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by regular mail and facsimile to all counsel of record on July 20, 2000:

Earl B. Austin
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-6542
Telecopier:    (214) 953-6503
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

James A. O'Neal
Joseph M. Price
Bruce Jones
Faegre & Benson L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55404-3901
Telecopier:    (612) 336-3026
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telecopier:    (956) 541-2170
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telecopier:    (202) 628-5116
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, L.L.P.
Pennszoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Telecopier:   (713) 860-1699
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. N.W.
Washington, DC 20036
Telecopier:   (202) 857-6395
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Telecopier:   (956) 428-2954
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

_____
Charles S. Siegel

5