15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Maria Elena Hernandez, et al, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. B-00-82 |
| CIBA-GEIGY Corp. USA, et al, | § |
| Defendants. | § |

### ORDER

BE IT REMEMBERED, that on July 28, 2000, the Court **GRANTED** the Plaintiffs' Motion for Extension of Time to Respond to Motions to Dismiss [Dkt. No. 14]. The Plaintiffs will have until August 14, 2000 to answer the Defendant Novartis Pharmaceuticals Corporation's Motion to Dismiss [Dkt. No. 10], and until August 18, 2000 to respond to the Defendant American Psychiatric Association's Motion to Dismiss [Dkt. No. 12]

DONE at Brownsville, Texas, this 28th day of July 2000.

Hilda G. Tagle
United States District Judge