16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ<br>MIGUEL ANGEL HERNANDEZ<br>HEATHER BUTLER, INDIVIDUALLY<br>AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED,<br><br>      Plaintiffs<br><br>v.<br><br>CIBA-GEIGY CORP. USA,<br>Novartis Pharmaceuticals Corp.<br>Children and Adults with<br>Attention-Deficit/Hyperactivity<br>Disorder (CHADD),<br>American Psychiatric Association,<br><br>      Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-082 |

**UNOPPOSED MOTION OF GERALD ZINGONE
FOR LEAVE TO APPEAR PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

      Pursuant to the Local Rules of the United States District court for the Southern District of Texas, Gerald Zingone, co-counsel for CHADD, Inc. (Children & Adults with Attention Deficit/Hyperactivity Disorder) (hereafter "CHADD"), respectfully moves the Court for leave to appear *pro hac vice* on behalf of CHADD, Inc. in this action, and in support thereof would respectfully show the Court the following:

      1.    Mr. Zingone is a partner in the law firm of Arent, Fox, Kintner, Plotkin & Kahn, located at 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5339.

      2.    Mr. Zingone is admitted to practice and is in good standing in the following courts:

| | **Court** | **Date of Admission** |
|---|---|---|
| a. | Supreme Court of Virginia | October 9, 1985 |
| b. | D.C. Court of Appeals | February 14, 1986 |
| c. | Eastern District of Virginia | October 25, 1985 |
| d. | District Court - District of Columbia | August 4, 1986 |
| e. | U.S. Court of Appeals - Fourth Circuit | December 16, 1985 |
| f. | District of Maryland | December 19, 1994 |
| g. | U.S. Court of Appeals - Eighth Circuit | March 20, 1997 |
| h. | U.S. Court of Appeals - Third Circuit | May 21, 1998 |
| i. | U.S. Court of International Trade | October 26, 1999 |

3.  Mr. Zingone has read and is familiar with the Local Rules for the Southern District of Texas and agrees to act in conformity with such rules in all appearances before this Honorable Court.

4.  Mr. Zingone is sponsored in this *pro hac vice* motion by Tom Lockhart who is admitted to practice in the Southern District of Texas. Mr. Lockhart's federal ID number in the Southern District if 2257. He is also counsel of record for CHADD, Inc. in the above-styled and numbered case.

**WHEREFORE**, Mr. Gerald Zingone respectfully moves for leave to appear before the Court in the above-styled and numbered action for the purpose of representing the interests of CHADD, Inc.

Respectfully submitted,

GERALD ZINGONE  SB# 396604
ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC
Elliott O. Portnoy
Washington, D.C. SB# 437696
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

and

ADAMS & GRAHAM, L.L.P.

_____
Tom Lockhart
State Bar No. 12473500
Federal I.D. 2257
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

Attorneys for Defendant CHADD, Inc. (Children & Adults with Attention Deficit/Hyperactivity Disorder).

## CERTIFICATE OF CONFERENCE

On August 8, 2000, Tom Lockhart conferred with Plaintiffs' counsel, Frank Costilla, who advised that Plaintiffs did not oppose this Motion.

_____
TOM LOCKHART

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the 8th day of August, 2000

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas 78520

3

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas  75205

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002

TOM LOCKHART