UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | CIVIL ACTION NO. B-00-082 |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| CIBA-GEIGY CORP. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT, CHADD, INC.'S, JOINDER IN DEFENDANT,
NOVARTIS PHARMACEUTICALS' RULE 9(b) MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, CHADD, INC. (Children & Adults with Attention

Deficit/Hyperactivity Disorder), and files this Joinder in Defendant Novartis Pharmaceuticals'

Rule 9(b) Motion to Dismiss and adopts and incorporates Defendant Novartis

Pharmaceuticals' Memorandum of Law in Support of Motion to Dismiss.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, CHADD, INC.,

respectfully requests the Court grant the motion and dismiss Plaintiffs' complaint for failure to

comply with the requirements of Rule 9(b). In the alternative, require Plaintiffs to remedy the

deficiencies in their complaint and file with the Court an Amended Complaint setting forth

Plaintiffs' fraud claims and fraud-based conspiracy claims with the particularity required by

Rule 9(b), and for such other and further relief, which the Court deems proper.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.

Tom A. Lockhart
State Bar No. 12473500
Federal I.D. 2257
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

and

GERALD ZINGONE
State Bar No. 396604
ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC
Elliott O. Portnoy
Washington, D.C. SB# 437696
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Defendant CHADD, Inc. (Children
& Adults with Attention Deficit/Hyperactivity
Disorder).

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the ___8th___ day of August, 2000.

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas  75205

Mr. Earl B. Austin
**BAKER & BOTTS,L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002



TOM LOCKHART

*4*