19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA ELENA HERNANDEZ | § |
| MIGUEL ANGEL HERNANDEZ | § |
| HEATHER BUTLER, INDIVIDUALLY | § |
| AND ON BEHALF OF ALL OTHERS | § |
| SIMILARLY SITUATED, | § |
| | § |
| Plaintiffs | § |
| | § |
| v. | § |
| | § |
| 1.  CIBA-GEIGY CORP. USA, | § |
| 2.  Novartis Pharmaceuticals Corp. | § |
| 3.  Children and Adults with | § |
|     Attention-Deficit/Hyperactivity | § |
|     Disorder (CHADD), | § |
| 4.  American Psychiatric Association, | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO. B-00-082

## ORDER GRANTING
## UNOPPOSED MOTION OF GERALD ZINGONE
## FOR LEAVE TO APPEAR PRO HAC VICE

Came on this day for consideration by the Court the Unopposed Motion of Gerald

Zingone for Leave to Appear Pro Hac Vice in this action on behalf of CHADD, Inc.

(Children & Adults with Attention Deficit/Hyperactivity Disorder) and the Court finding that

such motion should be granted;

Accordingly, it is ordered that Gerald Zingone is Granted Leave to Appear Pro Hac

Vice in this action.

SIGNED this ___18___ day of ___AUGUST___, 2000.

_____
United States District Judge