21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Maria Elena Hernandez, | § | |
| Miguel Angel Hernandez, | § | |
| Heather Butler, individually and | § | |
| on behalf of all others similarly | § | |
| situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | No. B-00-082 |
| CIBA-GEIGY Corp. USA, | § | |
| Novartis Pharmaceuticals Corp., | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| Defendants. | § | |

**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS
OF DEFENDANT CHADD, INC.**

Defendant CHADD, Inc. (Children and Adults with Attention Deficit/Hyperactivity Disorder) has filed a motion to dismiss pursuant to Fed. R.Civ. Proc. 9(b). CHADD's motion adopts the motion to dismiss previously filed by defendant Novartis Pharmaceuticals Corp.

To avoid duplicative briefing, plaintiffs hereby adopt and incorporate their response to Novartis' motion. Plaintiffs thus respectfully pray that defendant CHADD, Inc.'s motion to dismiss be denied for the same reasons set out in their response to Novartis' motion. In the alternative, they request leave to replead their allegations.

1

Respectfully submitted,

*/s/ Frank Costilla*

Frank Costilla
State Bar No. 04856500
Federal I.D. 1509
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 telecopier

Charles S. Siegel
State Bar No. 18341875
Federal I.D. 15736
Law Office of Charles S. Siegel
3219 McKinney Avenue
Suite 2000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 telecopier

C. Andrew Waters
State Bar No. 20911450
WATERS & KRAUS
3219 McKinney Avenue,
Suite 3000
Dallas, Texas 75209
(214) 357-6244
(214) 357-7252 telecopier

Case 1:00-cv-00082   Document 21   Filed in TXSD on 08/24/2000   Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by regular mail to all counsel of record on August 24, 2000:

Earl B. Austin
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-6542
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

James A. O'Neal
Joseph M. Price
Bruce Jones
Faegre & Benson L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55404-3901
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, L.L.P.
Pennszoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. N.W.
Washington, DC 20036
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

*Charles S. Siegel* w/ permission

Charles S. Siegel

4

ClibPDF - www.fastio.com