22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORIGINAL

United States District
Southern District of Texas
FILED

AUG 2 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez,<br>Miguel Angel Hernandez,<br>Heather Butler, individually and<br>on behalf of all other similarly<br>situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CIBA-GEIGY Corp. USA,<br>Novartis Pharmaceuticals Corp.,<br>Children and Adults with Attention-<br>Deficit/Hyperactivity Disorder<br>(CHADD),<br>American Psychiatric Association,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. B-00-082<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION PRO HAC VICE

Pursuant to Local Rule 1(K), Andrew C. Schirrmeister and George R. Diaz-Arrastia, counsel of record for defendant American Psychiatric Association ("APA") and attorneys admitted to practice in this Court, request the Court permit Robert P. Charrow, Laurel Pyke Malson, and JoAnn E. MacBeth, all of the firm of Crowell and Moring, LLP, 1001 Pennsylvania Avenue, Northwest, Washington, D.C. 20004-2595, to appear in this case pro hac vice on behalf of APA.

Mr. Charrow has been a licensed attorney since 1970, and is a member of the Bar of the District of Columbia and the State of California. He is also a member of the Bars of the United States District Courts for the Northern District of California, the District of Columbia District, and the Maryland District, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

Ms. Malson has been a licensed attorney since 1980. She is a member of the Bar of the District of Columbia and is also admitted to practice before the United States District Court for the District of Columbia, the United States Court of Appeals for the Fifth Circuit and the United State Supreme Court.

Ms. Macbeth has been a licensed attorney since 1976. She is a member of the Bar of New York, District of Columbia and Maryland.

Pursuant to Local Rule 1(K), Mr. Charrow, Ms. Malson and Ms. Macbeth have joined in this Motion.

Respectfully submitted,

By: _____
Andrew C. Schirrmeister III, Esq.
State Bar No. 17750650
Southern District of Texas Bar No. 5546
George R. Diaz-Arrastia, Esq.
State Bar No. 05805600
Southern District of Texas Bar No. 12
**Schirrmeister Ajamie LLP**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, TX 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

JoAnn E. Macbeth, Esq.
District of Columbia Bar No. 371264
Laurel Pyke Malson, Esq.
District of Columbia Bar No. 317776
Robert P. Charrow, Esq.
District of Columbia Bar No. 261958
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 Telephone

Attorneys for
American Psychiatric Association

### Certificate of Conference

I certify that counsel for the parties have conferred regarding this Motion Pro Hac Vice. This Motion is unopposed.

_____
George R. Diaz-Arrastia

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 23d day of August, 2000.

_____
George R. Diaz-Arrastia

3