23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Maria Elena Hernandez, Miguel Angel Hernandez, Heather Butler, individually and on behalf of all other similarly situated,  Plaintiffs, v.  CIBA-GEIGY Corp. USA, Novartis Pharmaceuticals Corp., Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD), American Psychiatric Association,  Defendants. | Case No. B-00-082 |

### ORDER ON APPLICATION TO APPEAR PRO HAC VICE

On August 30, 2000, the Court considered Robert P. Charrow, Laurel Pyke Malson, and JoAnn E. MacBeth's application to appear *pro hac vice*. After considering the application, the Court

GRANTS Robert P. Charrow, Laurel Pyke Malson and JoAnn E. MacBeth's application to appear *pro hac vice* and ORDERS that Robert P. Charrow, Laurel Pyke Malson and JoAnn E. MacBeth shall be allowed to appear *pro hac vice* until the conclusion of this case.

SIGNED ON August 30, 2000.

_____
UNITED STATES DISTRICT JUDGE