24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ORIGINAL**

United States District Court
Southern District of Texas
FILED

AUG 3 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, ) | |
| Miguel Angel Hernandez, ) | |
| Heather Butler, individually and ) | |
| on behalf of all other similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. B-00-082 |
| ) | |
| CIBA-GEIGY Corp. USA, ) | |
| Novartis Pharmaceuticals Corp., ) | |
| Children and Adults with Attention- ) | |
| Deficit/Hyperactivity Disorder ) | |
| (CHADD), ) | |
| American Psychiatric Association, ) | |
| ) | |
| Defendants. ) | |

### MOTION PRO HAC VICE OF WILLIAM L. ANDERSON

Pursuant to Local Rule 1(K), Andrew C. Schirrmeister and George R. Diaz-Arrastia, counsel of record for defendant American Psychiatric Association ("APA") and attorneys admitted to practice in this Court, request the Court permit William L. Anderson of the firm of Crowell and Moring, LLP, 1001 Pennsylvania Avenue, Northwest, Washington, D.C. 20004-2595, to appear in this case pro hac vice on behalf of APA.

Mr. Charrow has been a licensed attorney since 1988, and is a member of the Bar of the District of Columbia and the State of Minnesota. He is also admitted to practice before the United States Court of Appeals for the Fifth Circuit.

Pursuant to Local Rule 1(K), Mr. Anderson has joined in this Motion.

Respectfully submitted,

*[signature]*

Andrew C. Schirrmeister III, Esq.
State Bar No. 17750650
Southern District of Texas Bar No. 5546
George R. Diaz-Arrastia, Esq.
State Bar No. 05805600
Southern District of Texas Bar No. 12
**Schirrmeister Ajamie LLP**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, TX 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

William L. Anderson
District of Columbia Bar No. 419340
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 Telephone

Attorneys for
American Psychiatric Association

## Certificate of Conference

I certify that counsel for the parties have conferred regarding this Motion Pro Hac Vice. This Motion is unopposed.

*[signature]*

George R. Diaz-Arrastia

2

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this _30th_ day of August, 2000.

_____
George R. Diaz-Arrastia