27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**SEP 1 1 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

|  |  |
|---|---|
| Maria Elena Hernandez, | ) |
| Miguel Angel Hernandez, | ) |
| Heather Butler, individually and | ) |
| on behalf of all other similarly | ) |
| situated, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CIBA-GEIGY Corp. USA, | ) |
| Novartis Pharmaceuticals Corp., | ) |
| Children and Adults with Attention- | ) |
| Deficit/Hyperactivity Disorder | ) |
| (CHADD), | ) |
| American Psychiatric Association, | ) |
|  | ) |
| Defendants. | ) |

Case No. B-00-082

## ORDER ON APPLICATION TO APPEAR PRO HAC VICE

On _September 7_, 2000, the Court considered William L. Anderson's application to appear *pro hac vice*. After considering the application, the Court

GRANTS William L. Anderson's application to appear *pro hac vice* and ORDERS

that William L. Anderson shall be allowed to appear *pro hac vice* until the conclusion of this case.

SIGNED ON _Sept. 7_, 2000.

_____
UNITED STATES DISTRICT JUDGE