29

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA ELENA HERNANDEZ, et al §
§
§
versus § CIVIL ACTION: B: 00-82
§
§
CIBA-GEIGY CORP USA, et al §

# Order Resetting Conference

The intial pre-trial conference set for *October 12, 2000,* has been reset to:

## October 16, 2000 at 2:30 p.m.

Signed on _September 13_, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge