34

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez, Miguel Angel | § | |
| Hernandez, Heather Butler, individually and | § | |
| On behalf of all others similarly situated | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| Ciba-Geigy Corporation, U.S.A., | § | |
| Novartis Pharmaceuticals Corporation, | § | |
| Children and Adults with Attention, | § | |
| Hyperactivity Deficit Disorder (CHADD), | § | No. B-00-082 |
| American Psychiatric Association (APA), | § | |
| Defendants. | § | |

## PLAINTIFFS' CORRECTED INITIAL DISCLOSURE

To: Defendants, Ciba-Geigy Corporation, U.S.A., Novartis Pharmaceuticals Corporation by and through their attorney of record, James O'Neal, Faegre & Benson, L.L.P., 2200 Norwest Center, 90 South 7th Street, Minneapolis, Minnesota 55402; Children and Adults with Attention, Hyperactivity Deficit Disorder by and through its attorney of record Gerald Zingone, Arent & Fox, 1050 Connecticut Ave. NW, Washington, DC 20036; and American Psychiatric Association by and through its attorney of record, Robert P. Charrow, Crowell & Moring, 1001 Pennsylvania Ave., NW, Washington, DC 20004.

Pursuant to Fed.R.Civ.P. 26(a)(1), Plaintiffs hereby serve their Initial for Disclosure. Plaintiffs will supplement this disclosure, as necessary, in accordance with Fed.R.Civ.P. 26(e).

1. Persons with Knowledge—Fed.R.Civ.P. 26(a)(1)(A)

Ms. Heather Butler
107 Legion
Waxahachie, Texas 75165
(972) 938-8534
Mother of Dakota Butler

1

Mr. Ray Hensley
202 Etta
Waxahachie, Texas 75165
(972) 937-0692
Grandfather of Dakota Butler

Jean Strength, M.D.
105 S. Grand
Waxahachie, Texas 75165
(972) 937-1221
Pediatrician for Dakota Butler

C. Ewing Cooley, Ph.D
819 Benge
Suite B
Arlington, Texas 76013
(817) 275-4522
Psychologist for Dakota Butler

Medical Center Pharmacy
201 Ferris
Waxahachie, Texas 75165
(972) 937-1420
Pharmacy of Dakota Butler

Ms. Maria Hernandez
204 Cernan Ct.
Brownsville, Texas 78500
(956) 542-5043
Mother of Miguel Hernandez

Mr. Miguel Angel Hernandez
204 Cernan Ct.
Brownsville, Texas 78500
(956) 542-5043
Father of Miguel Hernandez

Romeo F. Montalvo, Jr., M.D.
864 Central Blvd.
Brownsville, TX  78520
(956) 541-8334
Pediatrician for Miguel Hernandez

2.   <u>Documents and Tangible Items in Plaintiffs' Control</u>—Fed.R.Civ.P. 26(a)(1)(B)

2

Medical records will be made available to defendants upon receipt of proper medical release forms. Additionally, please refer to the documents attached as Exhibit "A".

3. Damages —Fed.R.Civ.P. 26(a)(1)(C)

The basic method for calculating damages will be to ascertain the costs incurred in filling the prescriptions of Ritalin and the medical costs, including but not limited to physician and psychologist consultations, and any other costs associated with the side-effects of Ritalin.

4. Insurance Agreements—Fed.R.Civ.P.  26(a)(1)(D)—Plaintiffs  have  no  such agreements.

5. Experts—Fed.R.Civ.P. 26(a)(2)(A) —Plaintiffs have not retained any testifying experts at this time.

6. Pretrial Disclosures—Fed.R.Civ.P. 26(a)(3)—Plaintiffs have not determined at this time what evidence they expect to present at trial.

Respectfully submitted,

Frank Costilla
State Bar No. 04856500
Federal I.D. 1509
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 541 3152 telecopier

Charles S. Siegel
State Bar No. 18341875
Federal I.D. 15736
Law Offices of Charles S. Siegel
3219 McKinney Avenue
Suite 2000
Dallas, Texas 75204
(214) 357 6244
(214) 871-2263

C. Andrew Waters
State Bar No. 20911450
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue
Suite 3000
Dallas, Texas
(214) 357-6244
(214) 357-7252 telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a corrected copy of the foregoing document was served by facsmile to all counsel of record on September 25, 2000.

Earl B. Austin
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-6542
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

James A. O'Neal
Joseph M. Price
Bruce Jones
Faegre & Benson L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55404-3901
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

CHMPDF - www.foxiio.com

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, L.L.P.
Pennszoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. N.W.
Washington, DC 20036
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder
(CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder
(CHADD)

Dated:  September 25, 2000

_____
Charles S. Siegel