$3.5$

- 1 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**SEP 2 9 2000**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, ) | |
| Miguel Angel Hernandez, ) | |
| Heather Butler, individually and, ) | |
| on behalf of all others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-00-82 |
| ) | |
| CIBA-GEIGY Corp. USA, ) | |
| Novartis Pharmaceuticals Corp., ) | |
| Children and Adults with Attention- ) | |
| Deficit/Hyperactivity Disorder ) | |
| (CHADD), American Psychiatric ) | |
| Association, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S**
**RULE 26(a) DISCLOSURES TO PLAINTIFFS**

Defendant American Psychiatric Association (APA) provides herein its initial disclosures

under Fed. R. Civ. P. 26(a)(1). The APA makes its disclosures based on the information

currently and reasonable available to it, and after reasonable inquiry into the facts of the case and

the existence of documents to the extent possible at this early stage of the litigation. The APA's

investigation is ongoing.

The APA notes that Rule 26(a)(1)(B) requires disclosures only as to "facts alleged with

particularity in the pleadings," and that disclosure is not required for allegations that are "broad,

Ct6PDF - www.fastio.com

- 2 -

vague, and conclusory." *See* 1993 Amendments, Comment to subdivision (a)(1). The APA has

filed a motion to dismiss under Rule 9(b) because of the lack of particularity regarding the

allegations of fraud and conspiracy in the complaint. Plaintiffs' complaint lacks the specificity

required to support a complaint for fraud or conspiracy, and similarly lacks the specificity

required to provide disclosures under Rule 26(a)(1). The APA's initial disclosures under Rule

26(a)(1) are limited both by the lack of facts alleged with particularity in the complaint and by

the early stages of the litigation and the APA's investigation. The APA reserves the right to

identify additional witnesses and/or documents as appropriate. By making its disclosures under

Rule 26(a), the APA does not make any admission or waive any positions as to the relevance or

discoverability of any information in this lawsuit.

## I.   Disclosures Under Rule 26(a)(1)(A):  Witnesses

(a)   The following individuals were members of the task force responsible for DSM

III, published in 1980, and the work group that addressed issues regarding Attention Deficit

Disorder in DSM III, and may therefore have discoverable information in regard to the same:

(1)   Members of the Task Force on Nomenclature and Statistics:

Dr. Robert L. Spitzer, Chairman
Dr. Nancy Andreason
Dr. Donald Klein
Dr. Henry Pinsker
Dr. George Saslow
Dr. Robert Woodruff
Dr. Dennis Cantwell
Dr. J.Z. Lipowski
Dr. Robert Arnstein
Dr. William A. Frosch
Dr. Donald Goodwin
Dr. Michael L. Mavroidis

- 3 -

      Dr. Michael Sheehy
      Dr. Paula J. Clayton
      Dr. Lyman C. Wynne, Ph.D.
      Morton Kramer, Sc.D.
      Jean Endicott, Ph.D.
      Rachel Gittelman, Ph.D.
      Theodore Millon, Ph.D.

(2)     <u>Members of the Work Group on Disorders Usually First Diagnosed in Infancy, Childhood, or Adolescence:</u>

      Dr. Richard Ward
      Dr. Paul Wender
      Dr. Stella Chess
      Dr. Gary May
      Dr. Robert Arnstein
      Dr. Justin D. Call
      Dr. Dennis Cantwell
      Dr. Everett Dulit
      Rachel Gittelman-Klein, Ph.D.
      Dr. Richard Jenkins
      Dr. Joaquim Puig-Antich
      Dr. Judith Rapoport
      Dr. David Shaffer

(b)    Field trials regarding interrater reliability, including reliability for Attention Deficit Disorder, were conducted for DSM-III. The participants in these field trials number in the hundreds and are too numerous to list here.

(c)    The following individuals were members of the task force responsible for DSM III-R, published in 1987, and the work group that addressed issues regarding Attention Deficit Disorder and Attention Deficit Hyperactivity Disorder in DSM III-R, and may therefore have discoverable information in regard to the same:

(1)     <u>Members of the Work Group to Revise DSM III:</u>

      Dr. Robert L. Spitzer, Chair

- 4 -

Janet B.W. Williams, D.S.W., Text Editor
Dr. Dennis Cantwell
Dr. Allen J. Francis
Dr. Kenneth S. Kendler
Dr. Gerald L. Klerman
Dr. David Kupfer
Dr. Roger Peele
Dr. Judith L. Rapoport
Dr. Darrel A. Regier, M.P.H.
Dr. Bruce Rounsaville
Dr. George Vaillant
Dr. Lyman C. Wynne, Ph.D.

*Staff Liaisons*

Dr. Harold A. Pincus
Dr. Steven S. Sharfstein

(2)   Members of the Ad Hoc Committee on Disorders Usually First Evident in
      Infancy, Childhood, or Adolescence:

Thomas Achenbach, Ph.D.
Dr. Dennis Cantwell
Dr. Donald Cohen
Dr. Anthony Costello
Rachel G. Klein, Ph.D.
Dr. Joaquim Puig-Antich
Dr. Judith L. Rapoport,
Dr. David Shaffer
Dr. Robert Spitzer
Janet B. W. Williams, D.S.W.

(3)   Members of the Ad Hoc Subcommittee on Disruptive Behavior Disorder

Thomas Achenbach, Ph.D.
Russell Barkley, Ph.D.
David J. Berndt, Ph.D.
Dr. Dennis Cantwell
Dr. William Chambers
Dr. Anthony Costello
Dr. Felton Earls
Harriet Hollander, Ph.D.

CIMPDF - www.fesisa.com

Rachel G. Klein, Ph.D.
Maria Kovacs, Ph.D.
Jan Loney, Ph.D.
Dr. William Mitchell, Ph.D.
Dr. Daniel Offer
Eric Ostrov, Ph.D., J.D.
William E. Pelham, Jr., Ph.D.
Dr. Joaquim Puig-Antich
Herbert C. Quay, Ph.D.
Dr. Judith Rapoport
Lee Robins, Ph.D.
Dr. Bennett Shaywitz
Dr. Robert Spitzer
James Swanson, Ph.D.
A. Hussain Tuma, Ph.D.
Dr. Gabrielle Weiss
Dr. Paul Wender
Janet B.W. Williams, D.S.W.

(d)     The following individuals were participants in the DSM-III-R field trials regarding

Disruptive Behavior Disorders, and may therefore have discoverable information in regard to the

same:

Thomas M. Achenbach, Ph.D.
Stephanie H. McConaughy, Ph.D.
William E. Pelham, Jr., Ph.D.
Dr. Maureen Donnelly
Dr. Judith L. Rapoport
Dr. Felton Earls
Dr. David Goldmeier
Dr. Haruo Kusama
Dr. Dean Smith
Dr. Jean Thomas
Dr. Richard Todd
Dr. William J. Chambers
Dr. Laurence L. Greenhill
Dr. Sherry Barron-Seabrook
Dr. Margaret Anderson
Dr. Doris R. Borden
Dr. Lee Cohen

Dr. Sara Fox
Dr. Ansar Haroun
Dr. Harold Koplewicz
Rachel G. Klein, Ph.D.
Russell A. Barkley, Ph.D.
Dr. Anthony Costello
Ann Bowes, Ph.D.
Dr. Judy Cohen
Dr. Mina Dulcan
Dr. Arthur Dworetz
Virginia Fargione, M.S.W.
Sharon Fishman, M.S.W.
Elizabeth Forbes, M.S.W.
Jackie Griffith, M.S.W.
Robert Groman, M.S.W.
Bob Kalas, A.C.S.W.
Dr. Alexanndra Kreps
Anthony Mannarion, Ph.D.
Esther Marine, Ph.D.
Patty Metosky, P.N.P.
Pat Piercy, Ph.D.
Elaine Portner, Ph.D.
Barbara Ripley, M.S.W.
Dr. Chris Thomas
Dr. Bennett A. Shaywitz
Dr. Donald J. Cohen
Sheila M. Gillespie, R.N., M.S.N.
Dr. John E. Schowalter
Dr. Sally E. Shaywitz

(e)    The following individuals were members of the task force responsible for

DSM-IV, published in 1994, and the work group that addressed issues regarding Attention

Deficit and Disruptive Behavior Disorders in DSM-IV and may therefore have discoverable

information in regard to the same:

- 7 -

(1)   <u>Members of the Task Force to Revise DSM-IV</u>:

  Dr. Allen Francis, Chair
  Dr. Harold A. Pincus, Vice-Chair
  Dr. Michael B. First, Editor
  Dr. Nancy C. Andreasen, Ph.D.
  David Barlow, Ph.D.
  Dr. Magda Campbell
  Dr. Dennis Cantwell
  Ellen Frank, Ph.D.
  Dr. Judith Gold
  Dr. John Gunderson
  Dr. Robert Hales
  Dr. Kenneth Kendler
  Dr. David Kupfer
  Dr. Michael Liebowitz
  Dr. Juan Enrique Mezzich, Ph.D.
  Peter Nathan, Ph.D.
  Dr. Roger Peele
  Dr. Darrel A. Regier, M.P.H.
  Dr. John Rush
  Dr. Chester Schmidt
  Dr. Marc Schuckit
  Dr. David Shaffer
  Dr. Robert L. Spitzer, Advisor
  Dr. Gary Tucker
  Dr. Timonty Walsh
  Dr. Thomas Widiger
  Janet B.W. Williams, M.S.W., Research Coordinator
  Dr. John Urbaitis, Assembly Liaison
  Dr. James Hudziak, Resident Fellow 1990-1993
  Dr. Junius Gonzales, Resident Fellow 1988-1990

(2)   <u>Members of the Work Group on Disorders Usually First Diagnosed in Infancy, Childhood, or Adolescence</u>:

  Dr. David Shaffer, Co-Chairperson
  Dr. Magda Campbell, Co-Chairperson
  Dr. Susan Bradley
  Dr. Dennis Cantwell
  Dr. Gabrielle Carlson
  Dr. Donald Cohen

- 8 -

Dr. Barry Garfinkel
Rachel Klein, Ph.D.
Benjamin Lahey, Ph.D.
Rolf Loeber, Ph.D.
Dr. Jeffrey Newcorn
Reha Paul, Ph.D.
Dr. Judith Rapoport
Sir Michael Rutter
Dr. Fred Volkmar
Dr. John Werry


(3)     <u>Disruptive Behavior Disorders Advisors</u>

Dr. Barry Garfinkel, Co-Chair
Russell Barkley, Ph.D.
Dr. Joseph Biederman
Dr. Larry Greenhill
Dr. Lily Hechtman
Ben Lahey, Ph.D.
Rolf Loeber, Ph.D., Co-Chair
Dr. Jeffrey Newcorn
Herbert Quay, Ph.D.
Dr. Bennett Shaywitz


(f)     The following individuals were involved in the field trials for DSM IV regarding Disruptive Behavior Disorders under a grant provided by the Department of Health and Human Service's National Institutes of Mental Health, and may therefore have discoverable information in regard to the same:

Benjamin Lahey, Ph.D. (Site Coordinator and Project Director)
Russell Barkley, Ph.D.
Dr. Joseph Biederman
Dr. Barry Garfinkel
Dr. Laurence Greenhill
George Hynd, Ed.D.
Keith McBurnett, Ph.D.
Jeffrey Newcorn, Ph.D.

- 9 -

Thomas Ollendick, Ph.D.
Paul Frick, Ph.D.
Dr. Peter Jensen
Lynn Kerdyk, Ph.D.
John Richters, Ph.D.
Dorcas Perez, B.A.

(g)    In addition to the above, hundreds of individuals not named above, many of whom were not on the APA staff or a member of a relevant APA committee, acted as consultants, reviewed proposed criteria, participated in various presentations and discussions, or otherwise had input into the processes and decisions leading up to each of the DSM publications.  Many of these individuals would have contributed and commented on issues specific to childhood disorders, including Disruptive Behavior Disorders and Attention Deficit Disorder.   As an example, the Data Reanalysis Project, funded by the MacArthur Foundation and which produced an extensive database on which DSM-IV relied, was supported in part by 29 leading psychiatrists, psychologists, and physicians who conducted data reanalysis on the topic of Disorders Usually First Diagnosed During Infancy, Childhood, or Adolescence.  The individuals involved in DSM-IV also included liaisons to over 60 health associations whose views were solicited. The names of all of the individuals involved in the development of the DSM-II through DSM-IV are numerous, and dislosure under Rule 26(a) would require greater specificity in Plaintiffs' complaint as to how the alleged fraud and conspiracy supposedly occurred.

(h)    In addition to the above, numerous individuals not necessarily associated with the APA have been involved since the 1930s in identifying, studying, and refining the diagnosis of the disorder currently known as Attention Deficit Disorder.  These individuals would include, among many others, the researchers who first focused on this disorder in the 1930s and 1940s;

individuals with the World Health Organization who were involved in the identification of hyperkinesis and related disorders in the International Classification of Diseases (ICD), the official manual for coding medical diagnoses used by governments worldwide, including the United States; and individuals associated with the National Institutes of Mental Health, who advised and consulted the APA task forces and work groups on matters related to diagnostic criteria or specifically to Attention Deficit Disorder. The names of all of the individuals involved in the identification and development of the disorder currnetly known as ADD are numerous, and dislosure under Rule 26(a) would require greater specificity in Plaintiffs' complaint as to how the alleged fraud and conspiracy supposedly occurred.

(i)     Finally, there are a large number of practicing and teaching psychiatrists, psychologists, and physicians around the world who are recognized experts in the field of childhood disorders and Attention Deficit Disorder and who have collectively utilized those diagnoses in their practices for many years. To the extent Plaintiffs' complaint alleges that Attention Deficit Disorder is a bogus diagnosis of a non-existent condition, one or more of these individuals would likely have discoverable information on that issue. Again, these individuals are too numerous to list in this disclosure without greater specificity in Plaintiffs' complaint.

## II.    Disclosures Under Rule 26(a)(1)(B):    Documents

The APA has already identified for Plaintiffs a list of drafts, final versions, and companion publications relating to DSM, DSM-II, DSM-III, DSM-III-R, and DSM-IV and will make those documents, to the extent they are in the possession of the APA, available to Plaintiffs on October 2 and 3. In addition, the APA will provide for Plaintiffs' review on

- 11 -

October 2 and 3 copies of the *Journal of American Psychiatry* and the newsletter *Psychiatric News* since 1975. Without further specification in Plaintiffs' complaint, the APA cannot identify additional documents under Rule 26(a)(1).

**III.**    **Disclosures Under Rule 26(a)(1)(C):  Damages**

None.

**IV.**    **Disclosures Under Rule 26(a)(1)(D):  Insurance**

Copies of the APA's insurance policy or policies under which the APA has provided notice of this litigation will be provided upon the entry of an acceptable protective order governing dissemination of materials obtained in discovery.

Respectfully submitted,

By:    _Andrew C. Schirrmeister IV_

Andrew C. Schirrmeister, III, Esq.
State Bar No. 17750650
Southern District of Texas Bar No. 5546
George R. Diaz-Arrastia, Esq.
State Bar No. 05805600
Southern District of Texas Bar No. 12
**Schirrmeister Ajamie LLP**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

- 12 -

> JoAnn E. Macbeth, Esq.
> District of Columbia Bar No. 371264
> Laurel Pyke Malson, Esq.
> District of Columbia Bar No. 317776
> William L. Anderson
> District of Columbia Bar No. 419340
> **Crowell & Moring LLP**
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C.  20004-2595
> (202) 624-2500 Telephone
> (202) 628-5116 Facsimile
>
> Attorneys for
> American Psychiatric Association

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of Defendant American Psychiatric Association's Rule 26(a) Disclosures to Plaintiffs has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 29th day of September 2000.

Andrew C. Schirrmeister III

1734313