41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Maria Elena Hernandez, | § | |
| Miguel Angel Hernandez, | § | |
| Heather Butler, individually and | § | |
| on behalf of all others similarly | § | |
| situated, | § | |
| Plaintiffs, | § | |
| v. | § | Civil No. B-00-082 |
| | § | |
| CIBA-GEIGY Corp. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| Defendants. | § | |

## DEFENDANT NOVARTIS PHARMACEUTICALS' MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Novartis Pharmaceuticals Corp., and on behalf of the now-defunct Ciba-Geigy Corp. USA, to which Novartis Pharmaceuticals Corp. is successor for purposes of the claims made in this action (hereafter collectively "Novartis"), and respectfully moves the Court for a protective order as to the written discovery plaintiffs served in the state court prior to the removal of this action, and in support of this motion would show the Court the following:

### I.

Prior to the removal of this case, Plaintiffs served on Novartis various discovery requests, including requests for the production of 85 separate categories of documents. Because Plaintiffs failed to properly serve their discovery requests in the federal action,

and because Defendant has, in good faith, requested that the Court bifurcate discovery in this Matter, Novartis contends that good cause exists to grant its motion for protection.

Initially, Plaintiffs have not propounded any discovery requests since this case was removed. Rather, Plaintiffs filed a motion seeking to compel responses to the discovery they served in the state action. For the reasons set forth fully in its Response to Plaintiffs' Motion to Compel, Novartis contends that good cause exists to grant its motion for protection. See <u>Novartis Pharmaceuticals' Response to Plaintiffs Motion to Compel</u>, attached as Exhibit "A".

In addition, Defendant previously requested that the Court bifurcate discovery in this action in order to both further the efficient and expeditious handling of this case and to potentially save the parties and the Court substantial time and expense. Therefore, for the reasons set forth fully in its Motion for Bifurcation of Discovery and its Memorandum in Support of Bifurcation of Discovery, Novartis contends that good cause exists to grant its motion for protection. <u>See Defendant Novartis Pharmaceuticals' Motion for Bifurcation of Discovery</u>; and <u>Defendant Novartis Pharmaceuticals' Memorandum in Support of Bifurcation of Discovery</u>, attached as Exhibit "B" and "C".

WHEREFORE, Defendant Novartis respectfully requests that the Court grant this Motion for Protection and for such other and further relief that it may show itself to be justly entitled.

2

ClibPDF - www.fastio.com

Respectfully submitted,

*[signature]*

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
attorney-in-charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
Fax (612) 336-3026

Earl B. Austin
State Bar No. 1437300
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6542
Fax (214) 953-6503
**Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.**

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

C. Andrew Waters
Peter Kraus
Waters & Kraus
3219 McKinney # 3000
Dallas, Texas 75204
Attorneys for Plaintiffs

Charles S. Siegel
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
Attorneys for Plaintiffs

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

4

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. NW
Washington, DC 20036
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

On this <u>3rd</u> day of October, 2000

          *Eduardo Roberto Rodriguez w/per RPSTN*
          Eduardo Roberto Rodriguez

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4. the movant conferred with respondent about this issue and counsel cannot agree about the disposition of this motion.

_____
Eduardo Roberto Rodriguez