UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA ELENA HERNANDEZ<br>MIGUEL ANGEL HERNANDEZ<br>HEATHER BUTLER, INDIVIDUALLY<br>AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED,<br><br>    Plaintiffs<br><br>v.<br><br>CIBA-GEIGY CORP. USA,<br>Novartis Pharmaceuticals Corp.<br>Children and Adults with<br>Attention-Deficit/Hyperactivity<br>Disorder (CHADD),<br>American Psychiatric Association,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-00-082 |

## DEFENDANT, CHADD, INC.'S, REPLY IN SUPPORT OF DEFENDANT, NOVARTIS PHARMACEUTICALS', RULE 9(b) MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **CHADD, INC. (Children & Adults with Attention Deficit/Hyperactivity Disorder)**, and files this Reply in Support of Defendant, Novartis Pharmaceuticals', Rule 9(b) Motion to Dismiss and in support thereof would show the Court as follows:

I.

CHADD, INC. adopts and incorporates Defendant Novartis Pharmaceuticals' (Novartis) Reply Memorandum in Support of Motion to Dismiss and Defendant American Psychiatric Association's (ABA) Reply in Support of Motion to Dismiss.

## II.

CHADD, INC. is a small non-profit organization dedicated to providing its members, most of whom are families coping with AD/HD, the latest scientific and medical information concerning the diagnosis and treatment of AD/HD. CHADD, INC. has uniformly and consistently advocated multi-modal treatment for AD/HD and has never suggested to its members that pharmaceuticals in general (or Ritalin, in particular) are a panacea for the treatment of AD/HD to the exclusion of other methods of treatment.

It is clear that the Complaint utterly fails to plead with particularity any act of fraud, let alone any act at all, by CHADD, INC. Indeed, even after reviewing plaintiffs' briefs in opposition to the Rule 9(b) motions filed by defendants Novartis and APA, it is impossible for CHADD, INC. to discern what, if any, fraudulent statements, acts, or omissions are alleged to have been made by CHADD, INC. In short, nothing the plaintiffs have said to date, either in their Complaint or in their opposition briefs, is sufficient to enable CHADD, INC. to even comprehend why it is a defendant in this lawsuit.

Plaintiffs simply should not be permitted to proceed further against CHADD, INC. unless and until it pleads with particularity those acts of CHADD, INC. that justify its being a defendant in this lawsuit.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, CHADD, INC., respectfully requests the Court grant the motion and dismiss Plaintiffs' complaint for failure to comply with the requirements of Rule 9(b). In the alternative, require Plaintiffs to remedy the deficiencies in their complaint and file with the Court an Amended Complaint setting forth

Plaintiffs' fraud claims and fraud-based conspiracy claims with the particularity required by Rule 9(b), and for such other and further relief, which the Court deems proper.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**

*/s/ Tom A. Lockhart*

Tom A. Lockhart
State Bar No. 12473500
Federal I.D. 2257
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

and

GERALD ZINGONE
State Bar No. 396604
ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC
Elliott O. Portnoy
Washington, D.C. SB# 437696
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Defendant CHADD, Inc. (Children & Adults with Attention Deficit/Hyperactivity Disorder).

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the _10th_ day of October, 2000.

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas  75205

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

5

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002


_____
TOM LOCKHART