43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | CIVIL ACTION NO. B-00-082 |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| CIBA-GEIGY CORP. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT, CHADD, INC.'S, RESPONSE TO PLAINTIFFS'**
**MOTION TO COMPEL DISCOVERY RESPONSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **CHADD, INC. (Children & Adults with Attention Deficit/Hyperactivity Disorder)**, and files this Response to Plaintiffs' Motion to Compel Discovery Responses and in support thereof would show the Court as follows:

**I.**

Although in the title and first paragraph of Plaintiffs' Motion to Compel Discovery Responses, CHADD, INC. is listed as one of the parties from whom Plaintiffs seek relief, in the body and prayer of such motion, CHADD, INC. is not mentioned. Presumably this is because Plaintiffs never served CHADD, INC. with discovery pre-removal to Federal Court.

**II.**

Out of an abundance of precaution and because the order and timing of discovery directed to any party affects the Joint Discovery/Case Management Plan, CHADD, INC. joins in, adopts and incorporates Defendant Novartis Pharmaceuticals' Response to Plaintiffs'

Motion to Compel Discovery Responses and Defendant American Psychiatric Association's Opposition to Plaintiffs' Motion to Compel Discovery Responses.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, CHADD, INC., respectfully requests the Court to deny Plaintiffs' Motion to Compel Discovery Responses and grant all other relief, either in law or equity, which the Court deems proper.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**

Tom A. Lockhart
State Bar No. 12473500
Federal I.D. 2257
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

and

GERALD ZINGONE
State Bar No. 396604
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
Elliott O. Portnoy
Washington, D.C. SB# 437696
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Attorneys for Defendant CHADD, Inc. (Children & Adults with Attention Deficit/Hyperactivity Disorder).

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the ____10th____ day of October, 2000.

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas 75209

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas 75205

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002


_____
TOM LOCKHART