United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby
Clerk of Court

CAUSE NO. 2000-05-1888-D

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | IN THE DISTRICT COURT OF |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY AND | § | CAB-00-82 |
| ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | CAMERON COUNTY, TEXAS |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| CIBA-GEIGY CORP. USA, et al. | § | |
| | § | |
| Defendants | § | 103RD JUDICIAL DISTRICT |

### INITIAL DISCLOSURES OF DEFENDANT CHADD, INC. (CHILDREN & ADULTS WITH ATTENTION-DEFICIT/HYPERACTIVITY DISORDER)

Pursuant to Rule 26(a)(1), defendant CHADD, Inc. (Children & Adults with Attention-Deficit/Hyperactivity Disorder) ("CHADD") makes its initial disclosures pursuant to Rule 26(a)(1) as follows:

**(A) Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

It is CHADD's position that there are no facts alleged in the pleadings with particularity. Indeed, it is difficult, if not impossible, to ascertain from the pleadings what, if any, fraudulent statements, acts, or omissions are alleged to have been made by CHADD. CHADD is a non-profit organization whose mission is to provide assistance to families coping with Attention-Deficit/Hyperactivity Disorder ("AD/HD"). CHADD has uniformly and consistently advocated multi-modal treatment for AD/HD, and has never suggested that pharmaceuticals in general (or Ritalin in particular) are a panacea for the treatment of AD/HD to the exclusion of other methods

of treatment. Accordingly, it is difficult for CHADD to even comprehend why it is a defendant in this lawsuit.

Notwithstanding these qualifications, and in a good faith attempt to comply with the requirements of Rule 26(a)(1), CHADD identifies the following individuals as knowledgeable as to certain areas that may be of interest to the plaintiffs:

**CHADD'S MISSION**

Matthew Cohen
Immediate Past President of CHADD and a current member of the CHADD Board of Directors
Monahan & Cohen
225 West Washington Street, Suite 2300
Chicago, IL 60606
Telephone: 312/419-0252
Fax: 312/419-7428

Harvey Parker, Ph.D.
Founder of CHADD, former CHADD officer and Executive Committee member, and a current member of CHADD Board of Directors.
300 N.W. 70th Avenue, Suite 102
Plantation, FL 33317
Telephone: 954/384-4930

Mary Robertson, R.N.
Past President of CHADD and a current member of CHADD Board of Directors
2445 Brookshire Circle
Lexington, KY 40515
Telephone: 606/273-6586

**CHADD'S ADVOCACY OF MULTI-MODAL TREATMENT**

Russell Barkley, Ph.D.
Former chairman, and current member of CHADD's Professional Advisory Board
University of Massachusetts
Department of Psychiatry
55 Lake Avenue North
Worcester, MA 01655
Telephone: 508/856-5843
Fax: 508/856-5496

Matthew Cohen
(See above)

Harvey Parker
(See above)

Mary Robertson
(See above)

**CHADD'S POLICIES CONCERNING CORPORATE SUPPORT**

Matthew Cohen
(See above)

Harvey Parker
(See above)

Mary Robertson
(See above)

**(B)** **A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.**

As set forth above, it is CHADD'S position that there are no facts concerning CHADD that are alleged with particularity in the complaint. In addition, it is also CHADD's position that initial discovery in this lawsuit should be limited to facts relevant to issues of class certification. With respect to class certification, CHADD does not believe that any document production is necessary. Notwithstanding this fact, in compliance with paragraph 6 of the Court's May 30, 2000 Order Setting Conference that the parties provide documents that are "readily available" to all parties, and as set forth in the September 1, 2000 letter of Gerald Zingone, CHADD has agreed to make available the following categories of documents for inspection and copying

3

subject to the parties' agreement upon a suitable protective order governing the dissemination of discovery materials:

1. readily available issues of "Attention!," a CHADD publication for families and adults with Attention Deficit/Hyperactivity Disorder;

2. CHADD fact sheets;

3. readily available CHADD publications;

4. readily available programs from CHADD's annual conferences; and

5. readily available videotapes of presentations made at CHADD's annual conferences.

**(C)  A computation of any category of damages claimed by disclosing party.**

Not applicable.

**(D)  Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action.**

Pursuant to Rule 34, CHADD will make any relevant insuring agreements available for inspection and copying at a mutually agreed date and time subject to the parties' agreement upon a suitable protective order governing the dissemination of discovery materials.

Respectfully submitted,

ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC

_____
Gerald Zingone
Elliott O. Portnoy
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile:   (202) 857-6395

and

ADAMS & GRAHAM, L.L.P.

Tom A. Lockhart
222 East Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956) 428-7495
Facsimile:  (956) 428-2954

Attorneys for Defendant CHADD, Inc. (Children &
Adults with Attention Deficit/Hyperactivity
Disorder)

Dated: September 22, 2000

# **CERTIFICATE OF SERVICE**

I, Gerald Zingone, hereby certify that a true and correct copy of the attached Initial Disclosures of Defendant Chadd, Inc. (Children & Adults With Attention-Deficit/Hyperactivity Disorder) was sent by first-class mail, this 22nd day of September, 2000, to:

Earl B. Austin
Baker Botts L.L.P
2001 Ross Avenue
Dallas, TX 75201-6542

James A. O'Neal
Joseph M. Price
Bruce Jones
Faegre & Benson L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55404-3901

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Andrew C. Schirrmeister, III
George R. Diaz-Arrastia
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, 21st Floor
Houston, TX 77002

Charles S. Siegel, Esq.
3219 McKinney Avenue
Suite 2000
Dallas, TX 75204

C. Andrew Waters, Esq.
Peter Kraus, Esq.
Waters & Kraus
3219 McKinney Avenue
Suite 2000
Dallas, TX 75204

Frank Costilla, Esq.
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, TX 78520

_____
Gerald Zingone