ORIGINAL 48

```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

NOV - 3 2000

Michael N. Milby
Clerk of Court

```
_____
                               )
MARIA ELENA HERNANDEZ, ET AL   )
                               )
                               )  CIVIL ACTION NO.
VS.                            )  B-00-CV-82
                               )
CIBA-GEIGY CORPORATION, U.S.A.,)
ET AL                          )
                               )
_____)
```

                    MOTION HEARING
          BEFORE THE HONORABLE HILDA G. TAGLE
                   OCTOBER 16, 2000

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | MR. C. ANDREWS WATERS<br>Attorney at Law<br>Dallas, Texas |
| For the Plaintiffs: | MR. CHARLES S. SIEGEL<br>Attorney at Law<br>Dallas, Texas |
| For the Defendants,<br>CIBA-GEIGY CORP. and<br>Novartis Corp.: | MR. MITCHELL C. CHANEY<br>Attorney at Law<br>Brownsville, Texas |
| For the Defendants,<br>CIBA-GEIGY CORP. and<br>Novartis Corp.: | MR. JAMES A. O'NEAL<br>Attorney at Law<br>Minneapolis, Minnesota |
| For the Defendants,<br>CIBA-GEIGY CORP. and<br>Novartis Corp.: | MR. EARL B. AUSTIN<br>Attorney at Law<br>Dallas, Texas |
| For the Defendant,<br>CHADD: | MR. TOM A. LOCKHART<br>Attorney at Law<br>Harlingen, Texas |
| For the Defendant,<br>CHADD: | MR. GERALD ZINGONE<br>Attorney at Law<br>Washington, D.C. |

          Captured and Transcribed by Computer - Eclipse

ClibPDF - www.fastio.com