51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | CIVIL ACTION NO. B-00-082 |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| CIBA-GEIGY CORP. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT CHADD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant CHADD, INC. (Children & Adults with Attention-Deficit/Hyperactivity Disorder) ("CHADD") and files this Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and in support thereof would show the Court as follows:

### I.

As set forth in Defendant CHADD'S Brief in Support of this Motion, Plaintiffs, in their First Amended Complaint, have wholly failed to:

1)      plead their fraud claims against CHADD with the particularity required by Rule 9(b);

2)   state a claim against CHADD upon which relief can be granted.

**WHEREFORE, PREMISES CONSIDERED**, CHADD prays that Plaintiffs' First Amended Complaint be dismissed with prejudice.

Respectfully submitted,

Tom A. Lockhart
Federal I.D. No. 2257
**Adams & Graham, L.L.P.**
222 East Van Buren, West Tower
Harlingen, Texas 78550
Telephone: (956) 428-7495
Telecopier: (956) 428-2954


Gerald Zingone   SB# 396604
Marcus Meeks
**Arent Fox Kinter Plotkin & Kahn PLLC**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone:   (202) 857-6000
Facsimile:    (202) 857-6395


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the 15th day of December, 2000.

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas 75205
**Via CMRRR# 7000 1670 0000 5045 3497**

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas 75209

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002

_____
TOM LOCKHART