*5*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Maria Elena Hernandez, | § | |
| Miguel Angel Hernandez, | § | |
| Heather Butler, individually and | § | |
| on behalf of all others similarly | § | |
| situated, | § | |
| Plaintiffs, | § | |
| v. | § | Civil No. B-00-082 |
| | § | |
| CIBA-GEIGY Corp. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| Defendants. | § | |

## NOVARTIS PHARMACEUTICAL'S SECOND MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Novartis Pharmaceuticals Corp., and on behalf of the now-defunct Ciba-Geigy Corp. USA, to which Novartis Pharmaceuticals Corp. is successor for purposes of the claims made in this action (hereafter collectively "Novartis"), and pursuant Federal Rule of Civil Procedure 9(b) and 12(b)(6), respectfully moves the Court to dismiss plaintiffs' Amended Complaint, and in support of this motion would show the Court the following:

## I.

The plaintiffs named above have commenced this action against Novartis and others, alleging fraud, civil conspiracy, and violation of the New Jersey Consumer Fraud Act. Plaintiffs base their claims on the defendants' alleged conduct concerning the drug Ritalin® and its use in treating the medical conditions Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity Disorder (ADHD). Plaintiffs purport to be acting on behalf of a class of all persons who purchased Ritalin® during the four years preceding the filing of the complaint. Complaint ¶ 44.[1]

On October 17, 2000, the Court granted defendants' first Rule 9(b) motion and ordered plaintiffs to replead their fraud causes of action with particularity by November 17, 2000, giving defendants until December 15, 2000 to bring any follow-up motions to dismiss. Plaintiffs' have now served Plaintiffs' First Amended Complaint for Damages and Injunctive Relief (hereafter "Amended Complaint"); this Second Motion to Dismiss follows.

Plaintiffs' have again failed to plead their fraud claims with the specificity this Court ordered. For the reasons set forth in Novartis Pharmaceuticals' Memorandum of

---

[1] Plaintiffs' initial pleading was captioned as "Petition" in state court before removal to this Court. For convenience of reference, this motion and the attached memorandum will refer to that pleading as "complaint," consistent with the federal rules.

Law in Support of Second Motion to Dismiss, plaintiffs' allegations of fraud plainly lack the particularity required by Fed. R. Civ. P. 9(b) and should be dismissed.  <u>See</u> <u>Novartis Pharmaceuticals' Memorandum of Law in Support of Second Motion to Dismiss</u>, attached.  Alternatively, all of plaintiffs claims should be dismissed for failure to state a claim for which relief can be granted under Fed. R. Civ. P. 12(b)(6).  <u>See</u> <u>Novartis Pharmaceuticals' Memorandum of Law in Support of Second Motion to Dismiss</u>.  Given that plaintiffs have still failed to plead their fraud claims with the requisite particularity and that their allegations fail to state a legally cognizable claim, Novartis now respectfully moves this Court to dismiss plaintiffs' complaint.

WHEREFORE, Defendant Novartis respectfully requests that this Court grant its motion and dismiss plaintiffs' complaint for failure to comply with the requirements of Rule 9(b) and 12(b)(6).

Respectfully submitted,

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
attorney-in-charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
R. Patrick Rodriguez
State Bar No.  24002861
Federal Admissions No.  22949
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
Fax (612) 336-3026

Earl B. Austin
State Bar No. 1437300
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6542
Fax (214) 953-6503
**Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.**

## CERTIFICATE OF CONFERENCE

Pursuant to local Rule 6.A.4 the movant has conferred with respondent and counsel cannot agree about the disposition of this motion.

*Eduardo Roberto Rodriguez*

Eduardo Roberto Rodriguez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

C. Andrew Waters
Peter Kraus
Waters & Kraus
4807 West Lovers Lane
Dallas, Texas 75209
Attorneys for Plaintiffs

Charles S. Siegel
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
Attorneys for Plaintiffs

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. NW
Washington, DC 20036
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

On this <u>15th</u> day of December, 2000

Eduardo Roberto Rodriguez