58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, ) | |
| Miguel Angel Hernandez, ) | |
| Heather Butler, individually and, ) | |
| on behalf of all others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. B-00-82 |
| ) | |
| v. ) | |
| ) | |
| CIBA-GEIGY Corp. USA, ) | |
| Novartis Pharmaceuticals Corp., ) | |
| Children and Adults with Attention- ) | |
| Deficit/Hyperactivity Disorder (CHADD), ) | |
| American Psychiatric Association, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S UNOPPOSED MOTION
FOR LEAVE TO FILE ITS MOTION AND MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 9(b)
(CORRECTED), ORDER, AND APPENDIX**

The American Psychiatric Association (APA) respectfully files this Unopposed Motion for Leave to File its Motion and Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 9(b) (Corrected), Order and accompanying Exhibit and in support thereof would show the Court as follows:

I.

Pursuant to the Court's Order of October 17, 2000, the APA filed a Motion and Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 9(b), Order and accompanying Exhibit on Friday, December 15, 2000. However the APA inadvertently failed

to include a certificate of service. As a result, the Court entered an Order Striking Pleadings, a copy of which is attached hereto as Exhibit A. All parties were in fact served with the APA's motion on December 15, 2000.

The APA immediately filed a corrected version of its earlier filed Motion, Order and accompanying Appendix on Monday, December 18, 2000. The corrected Motion to Dismiss, Order and Appendix are identical in all respects to the original motion except that it includes a certificate of service.

## II.

The APA respectfully requests leave of Court to file its corrected version.

Respectfully submitted,

By: _____
Andrew C. Schirrmeister, III, Esq.
State Bar No. 17750650
Southern District of Texas Bar No. 5546
**Schirrmeister Ajamie LLP**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

JoAnn E. MacBeth, Esq.
District of Columbia Bar No. 371264
Laurel Pyke Malson, Esq.
District of Columbia Bar No. 317776
William L. Anderson, Esq.
District of Columbia Bar No. 419340
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 Telephone
(202) 628-5116 Facsimile

Attorneys for
American Psychiatric Association

## Certificate of Conference

I have spoken with counsel for Plaintiffs who does not oppose Defendant American Psychiatric Association's Unopposed Motion for Leave to File its Motion and Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 9(b)(Corrected), Order, and Appendix.

_____
Andrew C. Schirrmeister III

## Certificate of Service

I hereby certify that a true and correct copy of Defendant American Psychiatric Association's Unopposed Motion for Leave to File its Motion and Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 9(b)(Corrected), Order, and Appendix has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 20th day of December 2000.

_____
Andrew C. Schirrmeister III