

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, ) | |
| Miguel Angel Hernandez, ) | |
| Heather Butler, individually and, ) | |
| on behalf of all others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. B-00-82 |
| v. ) | |
| ) | |
| CIBA-GEIGY Corp. USA, ) | |
| Novartis Pharmaceuticals Corp., ) | |
| Children and Adults with Attention- ) | |
| Deficit/Hyperactivity Disorder (CHADD), ) | |
| American Psychiatric Association, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

Defendant the American Psychiatric Association ("APA") moves this Court under Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint with prejudice. In support of its motion, the APA states as follows:

On October 17, 2000, the Court ordered Plaintiffs to replead their complaint to conform to the requirements of Rule 9(b). Pursuant to that Order, Plaintiffs filed an Amended Complaint on November 17, 2000, and Defendants have filed renewed motions to dismiss under Rule 9(b). The Court intends to rule on the Rule 9(b) motions prior to consideration of Defendants' proposed bifurcated case management plan and the entry of a case management order and schedule.

The APA believes the Amended Complaint is not only improperly pled under Rule 9(b) but

also fails to state a claim against the APA. As set forth in the attached memorandum in support, the Amended Complaint does not include any allegations regarding the actions of the professionals who presumably diagnosed the named Plaintiffs' children with ADHD and/or prescribed Ritalin for them, including whether or not they relied on the ADHD criteria set forth in the APA's *Diagnostic and Statistical Manual* ("DSM") or otherwise were misled by any allegedly overbroad criteria in the DSM. The Amended Complaint thus fails to allege any link between the actions of the APA and any misdiagnosis or erroneous prescription of Ritalin for the named Plaintiffs' children.

Absent these allegations, the Amended Complaint does not sufficiently allege causation and does not state a claim against the APA. The Amended Complaint should be dismissed under Fed. R. Civ. P. 12(b)(6).

WHEREFORE, for the reasons set forth above and in the attached memorandum in support, the APA requests that the Court dismiss the Amended Complaint with prejudice under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

By: *[signature]* Andrew C. Schirrmeister /dl
Andrew C. Schirrmeister, III, Esq.
State Bar No. 17750650
Southern District of Texas Bar No. 5546

Attorney-in-Charge for
American Psychiatric Association

**OF COUNSEL:**
George R. Diaz-Arrastia, Esq.
State Bar No. 05805600
Southern District of Texas Bar No. 12
Schirrmeister Ajamie LLP
Pennzoil Place-South Tower
711 Louisiana, Suite 2150
Houston, TX 77002

2

(713) 860-1600 Telephone
(713) 860-1699 Facsimile

JoAnn E. MacBeth, Esq.
District of Columbia Bar No. 371264
Laurel Pyke Malson, Esq.
District of Columbia Bar No. 317776
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 Telephone
(202) 628-5116 Facsimile

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by certified mail, return receipt requested in accordance with the Federal Rules of Civil Procedure, on this 20th day of December, 2000.

| | |
|---|---|
| Frank Costilla<br>Law Offices of Frank Costilla<br>5 East Elizabeth Street<br>Brownsville, Texas 78520 | Andrew Waters/Peter Kraus<br>Waters & Kraus<br>4807 West Lovers Lane<br>Dallas, Texas 75209 |
| Charles S. Siegel<br>Law Office of Charles S. Siegel<br>3219 McKinney Avenue, Suite 2000<br>Dallas, Texas 75204 | William Anderson/Laurel Pyke Malson<br>Crowell & Moring, L.L.P.<br>1001 PennsylvaniaAvenue, N.W.<br>Washington, District of Columbia 20004 |
| Eduardo Rodriguez<br>Rodriguez, Colvin & Chaney<br>1201 East Van Buren Street<br>P.O. Box 2155<br>Brownsville, Texas 78520 | James A. O'Neal/Joseph M. Price<br>Faegre & Benson, L.L.P.<br>2200 Norwest Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 |
| Tom A. Lockhart<br>Adams & Graham, L.L.P.<br>222 E. Van Buren, W. Twr.<br>Harlingen, Texas 78550 | |

*Andrew C. Schirrmeister /app*
Andrew C. Schirrmeister III

3