IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez, Miguel Angel Hernandez, Heather Butler, individually and On behalf of all others similarly situated<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | United States District Court<br>Southern District of Texas<br>FILED<br>**JAN 0 4 2001**<br>Michael N. Milby<br>Clerk of Court |
| Ciba-Geigy Corporation, U.S.A., Novartis Pharmaceuticals Corporation, Children and Adults with Attention, Hyperactivity Deficit Disorder (CHADD), American Psychiatric Association (APA), Defendants. | | No. B-00-082 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTIONS TO DISMISS**

Come now plaintiffs in this matter and file this their Unopposed Motion for Extension of Time to Respond to Motions to Dismiss and would respectfully show as follows:

All Defendants have filed renewed motions to dismiss this case under Fed.R.Civ.Proc. 9(b). Defendant American Psychiatric Association (APA) has also filed a motion to dismiss under Rule 12(b)(6). Plaintiffs' responses are due at varying times.

Due to the holiday period, and the press of other business, Plaintiffs' counsel requires additional time in which to respond to these motions. Plaintiffs' counsel has conferred with defense counsel, and has received Defendants' agreement to an extension of time to and including January 29, 2001, in which to respond to all of the above motions.

1

WHEFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that their motion for extension of time to respond to motions to dismiss be granted, and that they have to and until January 29, 2001 to respond to the motions and dismissal of all Defendants.

Respectfully submitted,

Frank Costilla
State Bar No. 04856500
Federal I.D. 1509
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 541 3152 telecopier

Charles S. Siegel
State Bar No. 18341875
Federal I.D. 15736
Law Offices of Charles S. Siegel
3219 McKinney Avenue
Suite 2000
Dallas, Texas 75204
(214) 357 6244
(214) 871-2263

C. Andrew Waters
State Bar No. 20911450
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue
Suite 3000
Dallas, Texas
(214) 357-6244
(214) 357-7252 telecopier

2

## CERTIFICATE OF CONFERENCE

On January 4, 2001, I spoke to Andrew Schirrmeister, counsel for Defendant American Psychiatric Association, who told me that he had spoken with counsel for the other Defendants and that all Defendants agreed to the extension requested in this motion.

_____
Charles S. Siegel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by facsimile to all counsel of record on January 4, 2001.


Earl B. Austin
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-6542
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

James A. O'Neal
Joseph M. Price
Bruce Jones
Faegre & Benson L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55404-3901
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Attorneys for Defendants Ciba-Geigy Corp. USA and Novartis Pharmaceuticals Corp.

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004

Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, L.L.P.
Pennszoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. N.W.
Washington, DC 20036
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

Tom A. Lockhart
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
Attorneys for Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD)

Frank Costilla
Charles S. Siegel