UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA ELENA HERNANDEZ <br> MIGUEL ANGEL HERNANDEZ <br> HEATHER BUTLER, INDIVIDUALLY <br> AND ON BEHALF OF ALL OTHERS <br> SIMILARLY SITUATED, <br><br> Plaintiffs <br><br> v. <br><br> CIBA-GEIGY CORP. USA, <br> Novartis Pharmaceuticals Corp. <br> Children and Adults with <br> Attention-Deficit/Hyperactivity <br> Disorder (CHADD), <br> American Psychiatric Association, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-00-082 |

## DEFENDANT CHADD'S UNOPPOSED MOTION FOR LEAVE TO FILE CHADD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (CORRECTED)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant CHADD, INC. (Children & Adults with Attention-Deficit/Hyperactivity Disorder) ("CHADD") and files this Unopposed Motion for Leave to File CHADD'S Motion to Dismiss Plaintiffs' First Amended Complaint (Corrected) and in support thereof would show the Court as follows:

I.

Defendant CHADD filed its Motion to Dismiss Plaintiffs' First Amended Complaint on December 15, 2000 and sent a copy by Certified Mail to Plaintiffs' counsel, Charles S. Siegel, on the same date.

The Court, on December 19, 2000 struck CHADD'S Motion to Dismiss Plaintiffs' First Amended Complaint because of the absence of CHADD'S attorney State Bar Numbers. Such omission has now been corrected in both the Motion and Brief in Support of the Motion.

## II.

### CERTIFICATE OF CONFERENCE

On December 28, 2000, defense counsel, Tom A. Lockhart, conferred with Plaintiffs' counsel, Charles S. Siegel, who was unopposed to Defendant CHADD filing a corrected Motion to Dismiss Plaintiffs' First Amended Complaint.

**WHEREFORE, PREMISES CONSIDERED**, CHADD prays that the Court grant this Unopposed Motion and for all other relief, at either in law or in equity, which the Court deems proper.

Respectfully submitted,

_____
Tom A. Lockhart
State Bar No. 12473500
Federal I.D. No. 2257
**Adams & Graham, L.L.P.**
222 East Van Buren, West Tower
Harlingen, Texas 78550
Telephone: (956) 428-7495
Telecopier: (956) 428-2954

Gerald Zingone SB# 396604
Marcus Meeks
Virginia SB# 45652
**Arent Fox Kinter Plotkin & Kahn PLLC**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone:   (202) 857-6000
Facsimile:   (202) 857-6395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the ____ day of January, 2001.

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas  75205
Via CMRRR# 7000 1670 0005 2561 8000

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas   77002

_____
TOM LOCKHART

4