63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ELENA HERNANDEZ | § | |
| MIGUEL ANGEL HERNANDEZ | § | |
| HEATHER BUTLER, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | CIVIL ACTION NO. B-00-082 |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| CIBA-GEIGY CORP. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CHADD'S MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT (CORRECTED)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant CHADD, INC. (Children & Adults with Attention-Deficit/Hyperactivity Disorder) ("CHADD") and files this Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and in support thereof would show the Court as follows:

I.

As set forth in Defendant CHADD'S Brief in Support of this Motion, Plaintiffs, in their First Amended Complaint, have wholly failed to:

1)  plead their fraud claims against CHADD with the particularity required by Rule 9(b);

2)      state a claim against CHADD upon which relief can be granted.

**WHEREFORE, PREMISES CONSIDERED**, CHADD prays that Plaintiffs' First Amended Complaint be dismissed with prejudice.

Respectfully submitted,

Tom A. Lockhart
State Bar No. 12473500
Federal I.D. No. 2257
**Adams & Graham, L.L.P.**
222 East Van Buren, West Tower
Harlingen, Texas  78550
Telephone:  (956) 428-7495
Telecopier: (956) 428-2954

Gerald Zingone  SB# 396604
Marcus Meeks
Virginia SB# 45652
**Arent Fox Kinter Plotkin & Kahn PLLC**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339
Telephone:     (202) 857-6000
Facsimile:     (202) 857-6395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all attorneys of record, on this the 4th day of January, 2001.

Mr. Charles S. Siegel
**LAW OFFICE OF CHARLES S. SIEGEL**
3219 McFarlin, Suite 200
Dallas, Texas  75205
Via CMRRR# 7000 1670 0005 2561 8000

Mr. C. Andrew Waters
Mr. Peter Kraus
**WATERS & KRAUS**
4807 West Lovers Lane
Dallas, Texas  75209

Mr. Frank Costilla
**LAW OFFICES OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas  78520

Mr. Earl B. Austin
**BAKER & BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980

Mr. James A. O'Neal
Mr. Joseph M. Price
**FAEGRE & BENSON, L.L.P.**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  5504-3901

Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas  78522

Mr. Robert P. Charrow
**CROWELL & MORING**
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Mr. Andrew C. Schirrmeister, III
**SCHIRRMEISTER AJAMIE, L.L.P.**
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas  77002

_____
TOM LOCKHART