UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Maria Elena Hernandez, <br> Miguel Angel Hernandez, <br> Heather Butler, individually and <br> on behalf of all others similarly <br> situated, <br>      Plaintiffs, <br> v. <br><br> CIBA-GEIGY Corp. USA, <br> Novartis Pharmaceuticals Corp. <br> Children and Adults with <br> Attention-Deficit/Hyperactivity <br> Disorder (CHADD), <br> American Psychiatric Association, <br><br>      Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil No. B-00-082 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

The Court presently has pending before it all defendants' renewed motions to dismiss plaintiffs' current complaint on two grounds: (1) for failure to plead with the particularity required by the Fed. R. Civ. P. 9(b); and (2) for failure to state a claim on which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). Both sides' briefing of these issues is complete, and the Court has not scheduled the motions for oral argument. On March 16, 2001, defendants filed their original Unopposed Motion for Leave to Submit Supplemental Authority. That filing advised the Court of a recent Order filed in a putative class action in Federal District Court in the Southern District of California. That case, like the present case, is against these same Defendants and involves the diagnosis of ADHD and the prescription of Ritalin. <u>Vess v. Ciba-Geigy Corp. USA, et al</u> Court File No. 00-CV-1839 (S.D. Cal.). In that original motion, defendants informed the Court that on March 8, 2001, the Honorable Rudy M. Brewster had granted defendants' Motion to Dismiss the <u>Vess</u> action. A copy of the <u>Vess</u> court's March 8, 2001 Order was provided-

DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL AUTHORITY                        PAGE 1

for the Court's review as additional authority in support of defendants' pending Motions to Dismiss. See Defendants' Unopposed Motion for Leave to Submit Supplemental Authority.

Defendants now seek to apprise the Court of the current status of the Vess action. Accordingly, defendants respectfully move this Court for leave to submit two additional documents from the Vess case: (1) an April 25, 2001 Order in which the court dismissed Plaintiffs' First Amended Complaint with Prejudice, granted Defendants' Motion to Strike, and awarded defendants reasonable costs and attorney's fees incurred in prosecuting their Motion to Strike, and (2) an April 30, 2001 Amended Judgment in a Civil Case. True and correct copies of these documents are attached to this motion as Exhibits "A" and "B" respectively.

Because the Vess Court granted relief on some of the same grounds as defendants have cited in their pending motions to dismiss, defendants submit that the interest of justice will be served by affording this Court the opportunity to review the Vess Court's order and judgment. This authority could not have been submitted earlier because the Vess Court did not issue its order and judgment until April 25 and April 30, 2001 respectively, after the parties had completed briefing the motions currently pending before this Court.

Counsel for defendants APA and CHADD have specifically authorized the undersigned, for the purpose of this submission only, to represent to the Court their joinder in this motion.

On this 4th day of May, 2001.

DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL AUTHORITY                                                      PAGE 2

Respectfully submitted,

*Eduardo Roberto Rodriguez* by permission R[?]t[?]

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
Attorney-In-Charge
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

James A. O'Neal
Minnesota Bar No. 8248X
Joseph M. Price
Minnesota Bar No. 88201
Bruce Jones
Minnesota Bar No. 179553
FAEGRE & BENSON LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
Fax (612) 336-3026

Earl B. Austin
State Bar No. 1437300
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6542
Fax (214) 953-6503
Attorneys for Defendants CIBA-GEIGY CORP.
USA AND NOVARTIS PHARMACEUTICALS
CORP.

DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL AUTHORITY                                                    PAGE 3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served by United States mail, via certified service, return receipt requested, to counsel of record as follows:

Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

C. Andrew Waters
Peter Kraus
Waters & Kraus
4807 West Lovers Lane
Dallas, Texas 75209
Attorneys for Plaintiffs

Charles S. Siegel
Law Office of Charles S. Siegel
3402 McFarlin, Suite 200
Dallas, Texas 75205
Attorneys for Plaintiffs

Robert P. Charrow
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington, DC 20004
Attorneys for American Psychiatric Association

Andrew C. Schirrmeister III
George R. Diaz-Arrastia
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, 21st Floor
Houston, Texas 77002
Attorneys for American Psychiatric Association

Gerald Zingone
Arent & Fox
1050 Connecticut Ave. NW
Washington, DC 20036
Attorneys for Children and Adults with Attention
Deficit/Hyperactivity Disorder (CHADD)

DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL AUTHORITY                                                                PAGE 4

Tom A. Lockhart  
Adams & Graham, L.L.P.  
222 East Van Buren, West Tower  
Harlingen, Texas 78550  
Attorneys for Children and Adults with Attention  
Deficit/Hyperactivity Disorder (CHADD)

On this 4th day of May, 2001.

_____  
R. Patrick Rodriguez

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4 the Movant has conferred with Plaintiffs' counsel and Plaintiffs' counsel does not oppose the motion.

_____  
R. Patrick Rodriguez

DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT  
SUPPLEMENTAL AUTHORITY                                                                                              PAGE 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Elena Hernandez,<br>Miguel Angel Hernandez,<br>Heather Butler, individually and<br>on behalf of all others similarly<br>situated,<br>           Plaintiffs,<br>v.<br><br>CIBA-GEIGY Corp. USA,<br>Novartis Pharmaceuticals Corp.<br>Children and Adults with<br>Attention-Deficit/Hyperactivity<br>Disorder (CHADD),<br>American Psychiatric Association,<br><br>           Defendants. | §§§§§§§§§§§§§§§§ | Civil No. B-00-082 |

**ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

Came on this day for consideration by the Court Defendants' Second Unopposed Motion for Leave to Submit Supplemental Authority. After reviewing Defendants' Second Unopposed Motion for Leave to Submit Supplemental Authority, the Court finds that said motion should in all respects be granted.

Therefore, it is hereby ordered that Defendants' Second Unopposed Motion for Leave to Submit Supplemental Authority be granted.

SIGNED THIS _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

ORDER                                                                                                    PAGE 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Maria Elena Hernandez, | § | |
| Miguel Angel Hernandez, | § | |
| Heather Butler, individually and | § | |
| on behalf of all others similarly | § | |
| situated, | § | |
| Plaintiffs, | § | |
| v. | § | Civil No. B-00-082 |
| | § | |
| CIBA-GEIGY Corp. USA, | § | |
| Novartis Pharmaceuticals Corp. | § | |
| Children and Adults with | § | |
| Attention-Deficit/Hyperactivity | § | |
| Disorder (CHADD), | § | |
| American Psychiatric Association, | § | |
| Defendants. | § | |

**AFFIDAVIT OF AUTHENTICITY**

STATE OF TEXAS        )
                      )
COUNTY OF CAMERON     )

R. PATRICK RODRIGUEZ, being duly sworn, deposes and says:

1. I am one of the attorneys for defendant Novartis Pharmaceuticals in the above-captioned action and I am of legal age, legally competent and have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A are true and correct copy of the April 25, 2001 Order issued by the Court in a case styled <u>Vess v. Ciba-Geigy Corp. USA, et al</u> Court File No. 00-CV-1839 (S.D. Cal.)

1

3. Attached hereto is Exhibit B is a true and correct copy of the Amended Judgment issued by the Court in <u>Vess v. Ciba-Geigy Corp. USA, et al</u> Court File No. 00-CV-1839 (S.D. Cal.) on April 30, 2001.

4. This affidavit is submitted in support of Defendants' Second Unopposed Motion for Leave to File Supplemental Authority.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
R. PATRICK RODRIGUEZ

SWORN TO AND SUBSCRIBED BEFORE ME by the said R. Patrick Rodriguez, on this 4th day of May, 2001.

_____
NOTARY PUBLIC, STATE OF TEXAS

Mirna Gracia
_____
PRINTED NAME OF NOTARY

My Commission Expires: 3-14-2005

[Notary Seal: MIRNA GRACIA, Notary Public, State of Texas, My Commission Expires March 14, 2005]

2

# EXHIBIT "A"

ClibPDF - www.fastio.com

FILED
01 APR 24 PM 2:03
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. VESS, a Minor, by DEBORAH VESS, His Guardian Ad Litem, Individually, on Behalf of Those Similarly Situated and on Behalf of the General Public of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CIBA-GEIGY CORP. USA; NOVARTIS PHARMACEUTICALS CORP.; CHILDREN AND ADULTS WITH ATTENTION-DEFICIT/HYPERACTIVITY DISORDER (CHADD); AMERICAN PSYCHIATRIC ASSOCIATION, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CIV. NO. 00CV1839-B (CGA)<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO STRIKE AND DISMISSING CASE WITH PREJUDICE WITH REASONABLE ATTORNEYS' FEES AND COSTS TO DEFENDANTS |

On March 9, 2001, this Court granted Defendants' Motions to Dismiss with leave to amend. The Court held that if Plaintiff did not amend his complaint by April 16, 2001, Defendants' Motions to Strike pursuant to CAL. CODE CIV. P. § 425.16 would be granted with reasonable attorneys' fees and costs to Defendants and Plaintiff's First Amended Complaint would be dismissed with prejudice.

Plaintiff filed a Motion For Entry of Final Order on April 4, 2001. The motion and supporting memorandum state that Plaintiff does not intend to file an amended complaint.

ENTERED ON 4/25/01
00CV1839

1  Indeed, Plaintiff did not file an amended complaint by the April 16, 2001 deadline. Instead,
2  Plaintiff requests a final judgment so that it may appeal the Court's ruling.
3    The Court hereby dismisses Plaintiff's First Amended Complaint with prejudice.
4  Defendants' Motions to Strike are hereby granted and reasonable costs and attorneys' fees
5  incurred in prosecuting the Motions to Strike are awarded to the moving Defendants.
6    IT IS SO ORDERED.
7
8  DATED: 4-23-01 _____
9          UNITED STATES SENIOR DISTRICT JUDGE
10
11  cc: All Parties
   Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

00CV1839

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

Vess - PLAINTIFF

v.

CibaGeigy Corp USA - DEFENDANT

Case Number: -00-cv-01839



— JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the Court dismisses plaintiff's First Amended Complaint with prejudice; defendants' motions to strike are granted and reasonable costs and attorneys' fees incurred in prosecuting motions to strike are awarded to the moving defendants

4/24/01
Date

Roberta Westdal
Clerk

Entered on 4/25/01.

pre - Brewster
ref - Aaron

134

# EXHIBIT "B"

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Vess

V.            AMENDED JUDGMENT IN A CIVIL CASE

CibaGeigy Corp USA

CASE NUMBER: 00cv1839-B

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court dismisses plaintiff's First Amended Complaint with prejudice. Defendants' motions to strike are granted and reasonable costs and attorneys' fees incurred in prosecuting motions to strike are awarded to the moving defendants.

| April 30, 2001 | Roberta Westdal |
|---|---|
| Date | Clerk |
| | Trina Lee |
| | (By) Deputy Clerk |

ENTERED ON April 30, 2001

135