72

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2❓ 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Maria Elena Hernandez, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-00-82 |
| v. | § § | |
| CIBA-GEIGY Corp. USA, et al., | § § | |
| Defendants. | § | |

## JUDGMENT

The Court having granted the Defendants' Motions to Dismiss [Dkt. Nos. 53, 56, 59 and 63], it is **ORDERED** that the Plaintiffs take **NOTHING** from the Defendants and all claims are **DISMISSED** with prejudice.

DONE at Brownsville, Texas, this  17  day of May 2001.

_____
Hilda G. Tagle
United States District Judge